**Ralph C. Spooner, OSB No. 732880**
E-mail:  rspooner@smapc.com
**David E. Smith, OSB No. 124591**
Email:  dsmith@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:    503-588-5899

Of Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RICHARD BURRIGHT,<br><br>   Plaintiff,<br><br>   vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation,<br><br>   Defendant. | Case No. 3:22-cv-00667-MK<br><br>**ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT** |

THIS MATTER came on before the court on the Stipulation of the attorneys for the plaintiff and defendant, and the court being fully advised and that the parties are requesting that the Clerk of this Court or Deputy Clerk enter a Judgment as follows:

(1) damages in the amount of $300,000 awarded to plaintiff against defendant;

(2) costs, disbursements, and attorney fees in the amount of $18,000 awarded to plaintiff against defendant;

(3) defendant is preserving its rights to appeal this Judgment, including the Opinion and Order of this court on February 6, 2023 (Dkt. 25), in which the court denied defendant's

Motion for Summary Judgment (Dkt. 13) and granted the plaintiff's Motion for Partial Summary Judgment (Dkt. 17);

(4)   neither party is waiving any of their respective rights or legal arguments with respect to the legal issues in dispute in the defendant's Motion for Summary Judgment (Dkt. 13) and the plaintiff's Motion for Partial Summary Judgment (Dkt. 17);

(5)   the court recognizes the stated purpose of the stipulation by the parties is to affix the amount of the plaintiff's damages so that an appealable Judgment can be entered; and

(6)   plaintiff may resolve any claims of pre-judgment interest by motion, hearing, and supplemental order and judgment at the conclusion of any appeal from the instant judgment.

IT IS SO ORDERED.

DATED this <u>2nd</u> day of May 2023.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge